UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVIATION TECHNICAL SERVICES INC., | CASE NO. 2:21-cv-01275-RSL-JRC |
| Plaintiff, | PRETRIAL SCHEDULING ORDER |
| v. | |
| AIRFRAME RECOVERY MODIFICATION INTL LLC, | |
| Defendant. | |

The Court has reviewed the parties' Joint Status Report.  Dkt. 11.  A trial date will be set by the assigned District Judge if the case is not resolved by settlement or dispositive motion. The Court sets the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **December 3, 2021** |
| Deadline for amending pleadings | **December 17, 2021** |
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **May 13, 2022** |

| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **May 13, 2022** |
|---|---|
| Rebuttal expert disclosures | **May 27, 2022** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2)<br><br>Discovery motions must be filed by | **August 4, 2022** |
| Discovery completed by | **August 26, 2022** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **September 23, 2022** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties.  The Court will alter these dates only upon good cause shown.  Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel shall also cooperate in preparing the agreed pretrial order in the format required by LCR 16.1.

**Settlement**

If this case settles, plaintiff's counsel shall notify Kelly Miller via e-mail at Kelly_Miller@wawd.uscourts.gov, as soon as possible.  Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 19th day of November, 2021.

J. Richard Creatura
Chief United States Magistrate Judge