# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

AVIATION TECHNICAL SERVICES INC.,

    Plaintiff,

v.

AIRFRAME RECOVERY MODIFICATION INTL LLC,

    Defendant.

CASE NO. 2:21-cv-01275-RSL-JRC

ORDER AMENDING SCHEDULING ORDER

    This matter is before the Court on the parties' joint motion to continue pre-trial dates. Dkt. 17. The Court finds good cause and grants the motion. The scheduling order in this matter is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | May 13, 2022 | August 15, 2022 |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | May 13, 2022 | September 19, 2022 |
| Rebuttal expert disclosures | May 27, 2022 | September 30, 2022 |
| Discovery motions filed by | August 4, 2022 | October 6, 2022 |
| Discovery completed by | August 26, 2022 | October 26, 2022 |

| Dispositive motions filed by | September 23, 2022 | December 2, 2022 |

Except as amended herein, the parties shall comply with the Court's pretrial scheduling order. Dkt. 15.

Dated this 11th day of May, 2022.

*J. Richard Creatura*
J. Richard Creatura
Chief United States Magistrate Judge

ORDER AMENDING SCHEDULING ORDER - 2