# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AVIATION TECHNICAL SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRFRAME RECOVERY MODIFICATION INTERNATIONAL, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-01275-RSL-JRC<br><br>ORDER EXTENDING PRE-TRIAL DATES |

This matter is before the Court on referral from the district court and on the parties' joint motion to continue pre-trial dates. *See* Dkt. 20. The Court finds good cause and grants the motion. The scheduling order in this matter is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | August 15, 2022 | November 14, 2022 |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | September 19, 2022 | December 14, 2022 |
| Rebuttal expert disclosures | September 30, 2022 | December 28, 2022 |
| Discovery motions filed by | October 6, 2022 | January 5, 2023 |

ORDER EXTENDING PRE-TRIAL DATES - 1

| Discovery completed by | October 26, 2022 | January 27, 2023 |
| Dispositive motions filed by | December 2, 2022 | February 27, 2023 |

Except as amended herein, the parties shall comply with the Court's pretrial scheduling order. Dkt. 15.

Dated this 15th day of August, 2022.

_J. Richard Creatura_
J. Richard Creatura
Chief United States Magistrate Judge