UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AVIATION TECHNICAL SERVICES INC.,

　　　　　　　Plaintiff,

　　v.

AIRFRAME RECOVERY MODIFICATION INTERNATIONAL, LLC,

　　　　　　　Defendant.

CASE NO. 2:21-cv-01275-RSL-JRC

ORDER GRANTING EXTENSION OF EXPERT DEADLINES

This matter is before the Court on referral from the district court and on the parties' joint motion to extend expert deadlines. *See* Dkt. 23.

The Court finds good cause and grants the motion. The scheduling order is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | December 14, 2022 | January 16, 2023 |
| Rebuttal expert disclosures | December 28, 2022 | February 13, 2023 |

All other deadlines remain the same.

Dated this 12th day of December, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF EXPERT
DEADLINES - 2