UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVIATION TECHNICAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRFRAME RECOVERY MODIFICATION INTL LLC, <br><br> Defendant. | CASE NO. 2:21-cv-01275-RSL-JRC <br><br> ORDER GRANTING EXTENSION OF DISPOSITIVE MOTION DEADLINE |

This matter is before the Court on referral from the district court and on the parties' joint motion to extend the dispositive motion deadline. *See* Dkt. 25.

The Court finds good cause and grants the motion. The scheduling order is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Dispositive motions filed by: | February 27, 2023 | April 27, 2023 |

///

ORDER GRANTING EXTENSION OF DISPOSITIVE
MOTION DEADLINE - 1

1  All other deadlines remain the same.

2  Dated this 23rd day of February, 2023.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge