UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVIATION TECHNICAL SERVICES, INC., <br><br> Plaintiff, <br> v. <br><br> AIRFRAME RECOVERY MODIFICATION INTL LLC, <br><br> Defendant. | CASE NO. 2:21-cv-01275-RSL-GJL <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge and the remainder of the record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's Motion for Summary Judgment (Dkt. # 29) is DENIED.

Dated this 12th day of July, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1