UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVIATION TECHNICAL SERVICES INC,<br><br>Plaintiff,<br><br>v.<br><br>AIRFRAME RECOVERY MODIFICATION INTERNATIONAL LLC,<br><br>Defendants. | CASE NO. C21-1275-KKE<br><br>ORDER GRANTING STIPULATED MOTION AND DISMISSING ALL CLAIMS WITH PREJUDICE |

The parties notified the Court of the settlement of this matter on November 16, 2023. Dkt. No. 47. The Court entered a dismissal without prejudice and administratively closed the case the following day. Dkt. No. 48. The parties have now filed a stipulated motion seeking dismissal of all claims with prejudice pursuant to Federal Rule of Civil Procedure 41. Dkt. No. 49. With good cause having been shown, it is hereby ORDERED that all claims asserted in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without award of costs or fees to any party.

The case was administratively closed on November 17, 2023, and will remain closed.

Dated this 8th day of January, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION AND DISMISSING ALL CLAIMS WITH PREJUDICE - 1